**Order entered September 30, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00121-CR

## TORREY LADARIUS GRAY, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 204th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F19-76009-Q

## ORDER

Before the Court is appellant's September 28, 2021 motion to extend time to file his brief. We **GRANT** the motion and **ORDER** the brief filed by October 27, 2021.

/s/    LANA MYERS
       JUSTICE